UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             Case No. 1:20-CR-14

v.                                          Hon. Paul L. Maloney

GILBERT CHRISPIN NOEL, JR.,

       Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared this date for a bond hearing. On its own motion, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will assure the safety of the community, and by a preponderance of the evidence that no condition or combination of conditions will assure the defendant's appearance at trial.

Accordingly, pending trial in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated: January 24, 2020                          /s/ Ray Kent
                                                             RAY KENT
                                                              United States Magistrate Judge