UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,          Case No. 1:20-cr-14

v.                HONORABLE PAUL L. MALONEY

GILBERT CHRISPIN NOEL, JR,

   Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

  The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Sally J. Berens in this action (ECF No. 40).  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

  THEREFORE, IT IS ORDERED that:

  1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

  2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Counts One, Two and Three of the Indictment.

Dated:  July 16, 2020           /s/ Paul L. Maloney_____
                    Paul L. Maloney
                    United States District Judge